371 A.2d 868
Commonwealth v. Wright, Appellant.

Submitted September 13, 1976.   Charles F. G. Smith, for appellant; Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 869
Commonwealth v. Zarcone, Appellant.

Submitted September 17, 1976.   J. Eric Atherholt, Assistant Public Defender, and Martin J. King, Public Defender, for appellant; Peter F. Schenck, Assistant District Attorney, and Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.